UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION



FILED
JUL 23 2013
CLERK'S OFFICE
U.S. DISTRICT COURT
ANN ARBOR, MI

In the Matter of
GERALD F. REINHART,

Case No. 12-15011

Debtor.

Honorable John Corbett O'Meara

_____/

## ORDER DENYING LEAVE FOR INTERLOCUTORY APPEAL

This matter came before the court on the motion for interlocutory appeal filed by Schneider Miller, P.C. Creditors filed a response, and no oral argument was heard.

The defendant law firm Schneider Miller, P.C., seeks leave to file an interlocutory appeal from an order entered by the United States Bankruptcy Court allowing fees to be paid in the amount of $60,000. The firm had sought fees in the amount of $158,226.47.

A movant who seeks interlocutory appeal has the burden to establish the "exceptional circumstances" exist that warrant interlocutory review. In re A.P. Liquidating Co., 350 B.R. 752, 755 (E.D. Mich. 2006). In this case all that is at issue is a determination of the fees to be awarded, not a controlling question of law to be decided by the court.

Therefore, it is hereby **ORDERED** that the motion for leave to file an interlocutory appeal is **DENIED**.

John Corbett O'Meara
United States District Judge

Dated: July 23, 2013